**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| Arielle Elizabeth Waldron, | ) | Case 5:22-cv-00114-FJS-ATB |
| *Plaintiff*, | ) | |
| | ) | Frederick J. Scullin, Jr. |
| vs. | ) | United States District Judge |
| | ) | |
| Kilolo Kijakazi, | ) | Andrew T. Baxter |
| Acting Commissioner of | ) | United States Magistrate Judge |
| Social Security | ) | |
| *Defendant*. | ) | Stipulation – Document Filed Electronically |

**<u>Parties' Stipulation for Remand</u>**

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).  On remand, the ALJ will provide Plaintiff the opportunity for a new hearing, re-evaluate the medical opinions in the record, re-determine Plaintiff's residual functional capacity, and issue a new decision.

The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

Kilolo Kijakazi,                                                      Arielle Elizabeth Waldron

By Her Attorneys                                                 By Her Attorney

Carla B. Freedman,
United States Attorney

/s/ Lisa G. Smoller
Lisa G. Smoller
Special Assistant United States Attorney
N.D.N.Y. Bar Roll No. 700999
Social Security Administration
Office of the General Counsel
J.F.K. Federal Building, Room 625
Boston, MA 02203
(617) 565-4279
Lisa.g.smoller@ssa.gov

/s/ Howard D. Olinsky[1]
Howard D. Olinsky
Olinsky Law Group
250 S. Clinton Street, Suite 210
Syracuse, NY 13202
(315) 701-5780
holinsky@windisability.com

Date:  July 25, 2022                              IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

---

[1] Signed by Lisa Smoller with Howard Olinsky's permission.